# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PEDRO PABLO PI-IVIMAS,

    Petitioner,

-vs-                                      Case No.  8:05-CV-1538-T-27TBM
                                                                          8:04-CR-536-T-27TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner, an inmate in a Federal penal institution proceeding *pro se*, filed a motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255 (CV Dkt. 1).  He is challenging his 2005 conviction for illegal reentry of a deported alien into the United States, in violation of 8 U.S.C. § 1326(a) and (b)(2).  The Government filed a reply to the motion on November 8, 2005 (CV Dkt. 7).

Petitioner's reply to the response was due on or before November 28, 2005, *see* Dkt. 3 at 2.  To date, Petitioner has not filed a reply to the response. *See* Rule 5(d), Rules Governing Section 2255 Proceedings (2005) ("The moving party may submit a reply to the respondent's answer or other pleading within a time fixed by the judge").

ACCORDINGLY, the Court **ORDERS** that Petitioner shall, within **TWENTY (20) DAYS** hereof, file his reply, if any, to the response.  At that time, the Court will take this

matter under advisement, and a decision will be forthcoming when the Court has completed its review.

**ORDERED** in Tampa, Florida, on _May 20_, 2006.

_____
THOMAS B. McCOUN, III
United States Magistrate Judge

Copies to: *Pro se* Petitioner
Judy K. Hunt, AUSA

SA/jsh